UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DIGITAL ACCESS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 3:24-CV-847-PPS-JEM |
| R K CITY FOOD MART, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on the Parties' Stipulation of Dismissal with Prejudice as to Defendants R&K City Food Mart, Inc. and Rawel "Goldy" Singh. [DE 51]. The parties have informed me that Plaintiff Digital Access, LLC and Defendants R&K City Food Mart, Inc. and Rawel "Goldy" Singh have reached a confidential settlement agreement to resolve all claims against each other in this action. [*See* DE 51]. The parties have agreed to the voluntary dismissal, with prejudice, of the claims remaining in this action.

**ACCORDINGLY**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Parties' Stipulation of Dismissal with Prejudice as to Defendants R&K City Food Mart, Inc. and Rawel "Goldy" Singh [DE 51] is **GRANTED**. The Plaintiff's claims against the remaining defendants are **DISMISSED WITH PREJUDICE**. Each party will bear their own costs and attorney's fees. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

**SO ORDERED**.

ENTERED: March 25, 2025.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT